# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 2:13cr 642-1 (DMC) |
| v. | : | **WAIVER OF INDICTMENT** |
| ROBERT U. DEL VECCHIO Sr. | : | |

I, Robert U. Del Vecchio Sr., charged with violating 15 U.S.C. §1, and being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on September 30, 2013 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Robert U. Del Vecchio Sr.
Defendant

_____
Michael B. Himmel, Esq.
Counsel for Defendant

Before: _____
HONORABLE Dennis M. Cavanaugh
United States District Judge