```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                  DATE:  30 September 2013

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                          Docket # 2:13cr642-1

U.S.A.  v.  Robert DelVecchio, Sr.

Appearances:

Kristina Srica & John Van Lonkhuyzen, AUSA
Michael Himmel & Jaime Gottlieb, Esq For Defendant


Nature of proceedings:

Deft. Present and sworn
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1  of Information
Rule 11 fld.
Plea Agreement fld.
ORDERED sentence date set for 21 January 2014 @10:00am
ORDERED bail set at $1000,000.00 PR Bond

Time Commenced  10:30
Time Adjourned  11:00


cc: chambers                                  Scott P. Creegan
                                       Scott P. Creegan, Deputy Clerk