UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA              :
                                      :
                                      :   CRIMINAL NO. 2:13 CR 642-1
v.                                    :
                                      :
                                      :
ROBERT U. DEL VECCHIO Sr.,            :
                                      :
                                      :
           Defendant.                 :

---

[PROPOSED] ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM
NOTIFICATION PURSUANT TO 18 U.S.C. § 3771(d)(2)

On this date, the Court considered the Unopposed Motion to Authorize Alternative Victim Notification Procedures Pursuant to 18 U.S.C. § 3771(d)(2), filed by the United States Department of Justice, Antitrust Division. Having considered the Motion and for good cause shown, the Court **GRANTS** the Motion and **ORDERS** that for any public court or parole proceeding involving the crime, the Antitrust Division may provide reasonable, accurate, and timely notice to crime victims through its website, http://www.justice.gov/atr/victim/vrhearings.htm, rather than through individual notices to the crime victims.

**IT IS SO ORDERED.**

**DATED** this 30th day of September, 2013.

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

5