```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS


NEWARK                                    DATE: 14 January 2014

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                            Docket # 13cr642-1

U.S.A.  v.  Robert Del Vecchio, Sr.

Appearances:

Kristina Sirica, John VanLonkhuyzen & Charles Reilly    AUSA
Michael Himmel & Jamie Gottleib for defendant
Renee Caggia, U.S. Probation Officer

Nature of proceedings:

                         SENTENCE:

Ct. 1   1 year Probation
Standard w/special conditions imposed:  No Drug Provision
1. 3 months Location Monitoring w/fee imposed
2. Fine $20,000.00 due immediately
3. Special Assessment $100 due immediately
Deft. Advised of right to appeal



Time Commenced  _____
Time Adjourned  _____



cc: chambers
                                     _____Scott P. Creegan_____
                                     Scott P. Creegan, Deputy Clerk
```