

**U.S. Department of Justice**

Antitrust Division

---

*New York Office*

26 Federal Plaza  
Room 3630  
New York, New York 10278-0004

212/335-8000

FAX 212/335-8023

January 17, 2014

William T. Walsh  
Clerk of Court  
Martin Luther King Building  
& U.S. Courthouse  
50 Walnut Street  
Newark, N.J. 07101

NEW 4581

Re:   *United States v. Robert Del Vecchio, Cr. 13-642 (DMC) (D.N.J.)*

Dear Mr. Walsh:

Please be advised that defendant Robert U. Del Vecchio was sentenced in the above referenced matter on January 14, 2014 before the Honorable Dennis Cavanaugh. The Government requests that the $100,000 unsecured bond posted by defendant Del Vecchio when he entered a guilty plea be canceled.

Sincerely yours,

Charles V. Reilly  
Trial Attorney  
Antitrust Division